UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:25-cv-21899-GAYLES/SHAW-WILDER

**HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED**,

    Plaintiff,

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"**

    Defendants.
_____/

## AMENDED SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Monday, October 19, 2026 i**n the Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. The **Telephonic Calendar Call** will be held at **9:30 a.m. on Wednesday, October 14, 2026**. A **Telephonic Status Conference** will be held at **10:00 a.m. on Wednesday, July 22, 2026**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **10/10/2025** |
| 2. | Written lists containing the names and addresses of all witnesses intended to be called at trial by | **4/8/2026** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/30/2026** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **4/13/2026** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a | **4/30/2026** |

      time, date, and place for mediation by

| | | |
|---|---|---|
| 6. | Fact discovery shall be completed by | **3/30/2026** |
| 7. | Expert discovery shall be completed by | **5/6/2026** |
| 8. | Dispositive motions, including motions for summary judgment, and *Daubert* motions, shall be filed by | **6/8/2026** |
| 9. | Mediation shall be completed by | **7/8/2026** |
| 10. | All pretrial motions and memoranda of law, including motions in limine,[1] shall be filed by | **9/8/2026** |
| 11. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law[2] shall be filed by | **9/8/2026** |

**DONE AND ORDERED** in Chambers at Miami, Florida, this Friday, January 09, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] For cases set for a bench trial, the parties shall not file motions in limine. The Court will decide those issues at trial.
[2] The parties shall file findings of fact and conclusions of law for bench trials only.