**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-21899-GAYLES/SHAW-WILDER**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>      Defendants. | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Hong Kong Leyuzhen Technology Co. Limited by and through its undersigned counsel, hereby submit its witness list of the names and addresses of all witnesses intended to be called at trial in Compliance with Docket 65.

| WITNESS LIST | | | |
|---|---|---|---|
| X Plaintiff | | _____ Defendant | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 1. | Ms. Liangjie Li<br>**c/o Bayramoglu Law Offices**<br>1540 West Warm Springs Road, Suite 100<br>Henderson, NV 89014<br>(702) 462-5973 | Ms. Li is expected to testify regarding Plaintiff's ownership and use of the Rotita Brand Copyright Protected Images, Plaintiff's business operations, marketing and promotional activities, the development and creation of the Rotita Brand Copyright Protected Images, and damages resulting from | |

1

| | | | |
|---|---|---|---|
| | | Defendants' alleged infringement. Ms. Li is knowledgeable about matters related to the Rotita Brand Copyright Protected Images including, without limitation: ownership, conception, and assignment; the claimed subject matter and information related to enforcement and copyright ownership and registration; information related to the copyright infringement; and certain competitive information of the women's fashion industry. | |
| 2. | Yi Lai **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Yi Lai, the owner of LaiyiVic, will testify about Defendant number 2 Quanzhou Yichao Trading Co., Ltd. d/b/a LaiyiVic's infringement of the subject copyrights, defendant and its business practices. | |
| 3. | Meiyu Lai **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Meiyu Lai, the corporate supervisor of Defendant number 2 Quanzhou Yichao Trading Co., Ltd. d/b/a LaiyiVic will testify of defendant's infringement of the subject copyrights, defendant and its business practices | |
| 4. | Meihua Zhan **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Meihua Zhan, the Legal Representative, Sole Shareholder, Acting Director and Corporate Manager of Defendant number 5 Quanzhou Yanghai Trading Co., Ltd. d/b/a/ PaladMom will testify of defendant's infringement of the subject copyrights, defendant and its business practices | |
| 5. | Zhizhong Wang **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Zhizhong Wang, the managing agent and representative of Defendant number 5 Quanzhou Yanghai Trading Co., Ltd. d/b/a PaladMom will testify of defendant's infringement of the subject copyrights, defendant and its business practices. | |

PLAINTIFF'S WITNESS LIST                                                    Case No. 1:25-cv-21899-DPG

| | | | |
|---|---|---|---|
| 6. | Zhiping Chen **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Zhiping Chen, the Amazon store manager of Defendant number 5 Quanzhou Yanghai Trading Co., Ltd. d/b/a PaladMon will testify of defendant's infringement of the subject copyrights, defendant and its business practices. | |
| 7. | Yingjuan Zhao **c/o Cross-Border Counselor LLP** 7755 Center Ave, Suite 1167 Huntington Beach, CA 92647 Tel: 781-752-6369 | Yingjuan Zhao, the operator of Defendant number 6 Quanzhou Dingsheng Network Technology Co., Ltd. d/b/a ZonJie will testify of defendant's infringement of the subject copyrights, defendant and its business practices. | |
| 8. | | | |
| 9. | | | |

DATED: April 8, 2026

Respectfully Submitted:

By: /s/ William R. Brees
William R. Brees (Bar No. 98886)
william@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs, Suite 100
Henderson, NV 89014
Telephone: (702) 462-5973
*Attorneys for Plaintiff*

3