**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HONG KONG LEYUZHEN TECHNOLOGY
CO. LIMITED

Plaintiff,

CASE NO. 1:25-cv-21899-GAYLES

v.

THE INDIVIDUALS, CORPPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCATIONS
IDENTIFIED IN SCHEDULE "A" HERETO

Defendants.
_______________________________________/

**MEDIATION REPORT**

In accordance with Local Rule 16.2, the mediator reports that the parties mediated on June 30, 2026, and the following occurred:

☑ Mediation was attended by representatives of the Plaintiff and Defendants LaiyiVic, Zonjie, and PaladMom.

The outcome of the mediation conference was:

☑ The case against LaiyiVic was completely settled. The case against Zonjie and PaladMom was not settled and remains pending.

Dated: July 7, 2026.

By: /s/ James M. Matulis
Jim@MatulisMediation.com
MATULIS MEDIATION | ARBITRATION
Florida Bar No. 0077429

Chase Professional Park
10906 Sheldon Road
Tampa, FL 33626
813. 451.7347