UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21899-GAYLES

HONG KONG LEYUZHEN
TECHNOLOGY CO. LIMITED

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A" HERETO

      Defendants.

                                          /

## CONSENT JUDGMENT

**WHEREAS**, Plaintiff Hong Kong Leyuzhen Technology Co., Ltd., ("Plaintiff"), and Defendant Quanzhou Yichao Trading Co., Ltd d/b/a LaiyiVic ("Defendant"), have agreed to finally resolve the above-captioned litigation (the "Litigation"), including Plaintiff's claim concerning the copyrighted photograph or photographs asserted against Defendant in the First Amended Complaint (collectively, the "Works").

**THIS COURT HEREBY FINDS** that it has subject-matter jurisdiction over the Litigation and personal jurisdiction over Defendant based on Defendant's express consent to the Court's jurisdiction for purposes of this Consent Judgment.

**THIS COURT FURTHER FINDS** that Defendant is liable for copyright infringement based on Defendant's admission that Defendant's unauthorized use and publication of the Works infringed Plaintiff's copyright in the Works.

**IT IS HEREBY ORDERED** that:

1. Defendant, its officers, agents, servants, employees, attorneys, and other persons in active concert or participation with Defendant are **PERMANENTLY ENJOINED** from using, reproducing, publicly displaying, distributing, publishing, or creating derivative works from the Works without Plaintiff's prior written authorization.

2. Pursuant to the parties' settlement agreement, judgment is entered in favor of Plaintiff and against Defendant in the amount of Twenty-Five Thousand United States Dollars ($25,000.00) (the "Settlement Amount"), payable in accordance with the timing and other terms of the Settlement Agreement. Execution on this Consent Judgment is stayed unless and until Defendant commits a payment default under the Settlement Agreement, and any execution shall be limited to the unpaid balance excluding recovery of attorney fees and costs. The Parties expressly waive post-judgment interest under 28 U.S.C. § 1961 on the Settlement Amount.

3. Defendant acknowledges that Plaintiff is the rightful owner of the Works.

4. Each party shall bear its own attorney's fees and costs.

5. The Court retains jurisdiction to enforce the Settlement Agreement and this Consent Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of August, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2

The foregoing Consent Judgment has been agreed and consented to by the parties:

August 5, 2026

By: */s/ William R. Brees*
William R. Brees (Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
gokalp@bayramoglu-legal.com
William@bayramoglu-legal.com
*Counsel for Plaintiff*

August 5, 2026

By: */s/ Ziqi Yu*
Ziqi Yu
Fla. Bar No. 1044119
5794 Bird Rd., Unit 554
Miami, FL 33155
Tel: (415) 519 5274
procollider@pm.me

Benjamin Solter
*Admitted pro hac vice*
Cross-Border Counselor LLP
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
Tel: (781) 752 6369
bensolter@cbcounselor.com

Wesley E. Johnson
*Admitted pro hac vice*
Cross-Border Counselor LLP
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel: (312) 752 4828
wjohnson@cbcounselor.com